# EXHIBIT A

Int. Cl.: 12

Prior U.S. Cl.: 19

United States Patent and Trademark Office

Reg. No. 1,104,727
Registered Oct. 24, 1978

## TRADEMARK
Principal Register

## HYUNDAI

Hyundai Motor Company (Korean corporation)
178, Saejong-ro, Jongrougu
Seoul, Republic of Korea

For: CARS, TRUCKS AND BUSES, in CLASS 12 (U.S. CL. 19).
Owner of Korean Reg. No. 52,042, dated Dec. 28, 1977.

Ser. No. 100,024, filed Mar. 20, 1978.

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,569,538

## United States Patent and Trademark Office  Registered Dec. 5, 1989

### TRADEMARK
PRINCIPAL REGISTER



HYUNDAI MOTOR AMERICA (CALIFORNIA CORPORATION)
7373 HUNT AVENUE
GARDEN GROVE, CA 92642

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 11-15-1988; IN COMMERCE 11-15-1988.
THE MARK CONSISTS OF A STYLIZED "H" DESIGN WITHIN AN ELLIPSE DESIGN.

SER. NO. 765,125, FILED 11-21-1988.

ELLEN A. RUBEL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# HYUNDAI

**Reg. No. 3,991,863**
**Registered July 12, 2011**
**Int. Cls.: 7 and 12**

**TRADEMARK**
**PRINCIPAL REGISTER**

HYUNDAI MOTOR COMPANY (REPUBLIC OF KOREA STOCK COMPANY)
231, YANGJAE-DONG
SEOCHO-GU
SEOUL, REPUBLIC OF KOREA

FOR: WATER PUMPS FOR LAND VEHICLES; CYLINDER HEADS USED ON ENGINES; PISTONS FOR LAND VEHICLES; FANS FOR MOTORS AND ENGINES; VEHICLE ENGINE PARTS, NAMELY, OIL COOLERS; OIL FILTERS FOR LAND VEHICLES; VEHICLE PARTS, NAMELY, RADIATOR SUPPORTING PANELS; RADIATOR GRILLES FOR LAND VEHICLES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: BEARINGS FOR LAND VEHICLES, NAMELY, AXLE BEARINGS, ENGINE BEARINGS, WHEEL BEARINGS; ENGINES AND MOTORS MUFFLERS; CLUTCH COVERS FOR LAND VEHICLES; TRANSMISSIONS FOR LAND VEHICLES; DISK BRAKES FOR LAND VEHICLES; REARVIEW MIRRORS FOR AUTOMOBILES; WINDSCREEN WIPERS FOR AUTOMOBILES; RUBBER BELTS FOR LAND VEHICLES; FUEL TANKS FOR LAND VEHICLES; WHEELS FOR LAND VEHICLES; WHEEL CAPS FOR LAND VEHICLES; BUMPERS FOR AUTOMOBILES; HOODS FOR AUTOMOBILES; DOORS FOR AUTOMOBILES; TRUNK PANELS FOR LAND VEHICLES; BUMPERS FOR LAND VEHICLES; DOOR HANDLES FOR AUTOMOBILES; AERIALS FOR AUTOMOBILES; HORNS FOR AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

THE ENGLISH TRANSLATION OF "HYUNDAI" IN THE MARK IS "MODERN".

OWNER OF INTERNATIONAL REGISTRATION 1046531 DATED 2-23-2010, EXPIRES 2-23-2020.

SER. NO. 79-085,628, FILED 2-23-2010.

PAM WILLIS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,065,195
Registered Dec. 6, 2011
Int. Cl.: 12

TRADEMARK
PRINCIPAL REGISTER

HYUNDAI MOTOR COMPANY (REPUBLIC OF KOREA STOCK COMPANY)
231, YANGJAE-DONG
SEOCHO-GU; SEOUL
REPUBLIC OF KOREA

FOR: BEARINGS FOR LAND VEHICLES, NAMELY, AXLE BEARINGS, WHEEL BEARINGS; MUFFLERS FOR LAND VEHICLES; TRANSMISSIONS FOR LAND VEHICLES; REARVIEW MIRRORS FOR AUTOMOBILES; BUMPERS FOR AUTOMOBILES; WINDSCREEN WIPERS FOR AUTOMOBILES; SEAT COVERS FOR AUTOMOBILES; TIRE CHAINS FOR AUTOMOBILES; RADIATOR GRILLS FOR LAND VEHICLES; BODY PANELS FOR VEHICLES; AIR BAGS FOR VEHICLES; SWING DOORS FOR VEHICLE ENGINES; GLASSES FOR VEHICLES, NAMELY, GLASS WINDOWS FOR VEHICLES; CLUTCHES FOR LAND VEHICLES; FAN MOTORS FOR VEHICLES; AIR SENSORS FOR VEHICLES; BRAKE PADS FOR LAND VEHICLES; SUSPENSIONS FOR VEHICLES, NAMELY, WHEEL SUSPENSIONS, SUSPENSION STRUTS; SPRINGS FOR VEHICLES, NAMELY, COIL SPRINGS, LEAF SPRINGS; SPEED SENSORS FOR VEHICLES; SUN ROOFS FOR VEHICLES; FUEL GAUGES FOR VEHICLES; OIL SEALS FOR VEHICLES, NAMELY, TRANSMISSION SEALS; WIPER MOTORS FOR VEHICLES; CONTROL UNITS FOR VEHICLES, NAMELY, AIR SUSPENSION VALVES FOR CONTROLLING SUSPENSION HEIGHT FOR VEHICLES, ELECTRONIC STABILITY SYSTEM TO ALLOW BETTER CONTROL AND MANEUVERABILITY OF TRUCKS AND TRAILERS, SOLD AS AN INTEGRAL COMPONENT OF TRUCKS; PEDALS FOR VEHICLES, NAMELY, BRAKE PEDALS, GAS PEDALS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

OWNER OF INTERNATIONAL REGISTRATION 1036496 DATED 2-23-2010, EXPIRES 2-23-2020.

SER. NO. 79-081,778, FILED 2-23-2010.

ALLISON SCHRODY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,169,651**  HYUNDAI MOTOR COMPANY (REPUBLIC OF KOREA LIMITED LIABILITY COMPANY)
231, YANGJAE-DONG, SEOCHO-GU
**Registered July 10, 2012**  SEOUL, REPUBLIC OF KOREA 137-938

**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: AUTOMOBILE LAMPS; LIGHTS FOR VEHICLES; VEHICLE REFLECTORS; LAMPS FOR VEHICLE DIRECTIONAL SIGNALS; LAMP FITTINGS, NAMELY, ANTI-DAZZLE DEVICES FOR VEHICLES; HEATING AND COOLING SYSTEMS FOR VEHICLES; DEFROSTING APPARATUS FOR VEHICLES; AIR CONDITIONERS FOR VEHICLES; LIGHTING APPARATUS FOR VEHICLES; HEADLIGHTS FOR VEHICLES; HEATING AND AIR-CONDITIONING VENTILATION INSTALLATIONS AND APPARATUS FOR VEHICLES; HEATERS FOR VEHICLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

PRIORITY CLAIMED UNDER SEC. 44(D) ON REPUBLIC OF KOREA APPLICATION NO. 2010-0009935, FILED 2-24-2010, REG. NO. 0863795, DATED 5-6-2011, EXPIRES 5-6-2021.

OWNER OF U.S. REG. NO. 1,569,538.

THE MARK CONSISTS OF A STYLIZED "H" DESIGN WITHIN AN ELLIPSE DESIGN.

SER. NO. 77-966,429, FILED 3-23-2010.

ALLISON SCHRODY, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office