IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., a California corporation, <br> HYUNDAI MOTOR COMPANY, a Korean corporation <br><br> Plaintiffs, <br><br> v. <br><br> RYDELL CHEVROLET, INC., a Delaware corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 6:15-cv-02041 EJM (JSS) <br><br> DECLARATION OF MATHEW HALBUR MEINDERS IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS COMPLAINT |

I, Matthew Halbur, declare as follows:

1. I am the General Manager of Rydell Chevrolet, Inc. ("Rydell"). I am over the age of 18 years and otherwise competent to testify in this case in a court of law. I have personal knowledge of the matters stated herein, and if sworn as a witness, I could and would testify competently thereto.

2. I received my undergraduate degree from Iowa State University in sports management and was a member of the Iowa State football team. I have worked for Rydell since April 2006.

3. Rydell has been operating as a Chevrolet dealership in Waterloo, Iowa since April of 1984. Rydell sells new vehicles, pre-owned vehicles, and services vehicles and sells automobile parts. The sale of Hyundai parts makes up a very small portion of Rydell's business and is secondary to Rydell's sales and service of Chevrolet vehicles.

4. Rydell does not import Hyundai parts directly, and obtains Hyundai parts from its suppliers in the United States. Specifically, the Hyundai parts that are the subject of this lawsuit were obtained by Rydell from a vendor in Michigan, and we believe that the parts originated from Hyundai's own manufacturer in Alabama.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 14th day of July, 2015 at Waterloo, Iowa.

Matthew Halbur