IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> RYDELL CHEVROLET, INC., <br><br> Defendant. | Case No.: 6:15-cv-02041 EJM <br><br> **STIPULATION TO AMEND SCHEDULING ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES** |

Pursuant to Local Rules 16 and 26, the parties to this action, Plaintiffs Hyundai Motor America, Inc. and Hyundai Motor Company and Defendant Rydell Chevrolet, Inc., by and through their attorneys of record, hereby stipulate to the following:

WHEREAS:

1. The parties were engaged in settlement discussions and exchanging drafts of a written settlement agreement until September 16, 2015.

2. The parties have not completed any discovery to date other than their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. Pursuant to the June 22, 2015 Scheduling Order and Discovery Plan (D.I. 48), the expert witness disclosure deadlines are currently scheduled for November 1, 2015 (Plaintiffs), December 1, 2015 (Defendant), and December 20, 2015 (Plaintiffs' Rebuttal).

4. Because the parties have not yet completed significant fact discovery, their expert witnesses will not have enough information with which to prepare expert reports before the current expert witness disclosure deadlines.

5. A 30-day extension of the expert discovery deadlines will not affect the March 1, 2016 deadline for completion of discovery.

6. No previous extension of these deadlines has been requested.

7. No trial date has been scheduled.

THEREFORE, Plaintiffs and Defendant hereby stipulate and agree that the expert disclosure deadlines are rescheduled for the following dates:

Expert witnesses disclosed by:  (a) Plaintiff: December 1, 2015

(b) Defendant: December 31, 2015

(c) Plaintiff Rebuttal: January 20, 2016

Dated: October 21, 2015

By: ___/s/_____
KENNETH E. KELLER
*Pro Hac Vice*
KELLER, SLOAN, ROMAN, & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333
Email: kkeller@ksrh.com

By: /s/
RICHARD J. SAPP
KATIE L. GRAHAM
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3144
Facsimile: (515) 283-3108
Email: rjs@nyemaster.com
Email: kgraham@nyemaster.com

By: /s/
JASON R. ERB
*Pro Hac Vice*
HYUNDAI MOTOR AMERICA
10550 Talbert Avenue
Fountain Valley, CA 92708
Telephone: (714) 965-3393
Facsimile: (714) 965-3815
E-mail: Jasonerb@hmausa.com

Attorneys for Plaintiffs
HYUNDAI MOTOR AMERICA, INC. and
HYUNDAI MOTOR COMPANY

Dated: October 21, 2015

By: /s/
RICHARD P. SYBERT
JUSTIN H. AIDA
*Pro Hac Vice*
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-7000
Facsimile: (619) 696-7124
Email: rsybert@gordonrees.com
Email: jaida@gordonrees.com

By: /s/
DAWN M. GIBSON
STEPHEN J. HOLTMAN
MARK A. ROBERTS
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: dgibson@simmonsperrine.com
Email: sholtman@simmonsperrine.com
Email: mrobers@simmonsperrine.com

Attorneys for Defendant
RYDELL CHEVROLET, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: _____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

# CERTIFICATES OF SERVICE

I hereby certify that on **October 21, 2015**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Dawn M. Gibson
Stephen J. Holtman
Mark A. Roberts
SIMMONS PERRINE MOYER BERGMAN
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
E-mail: dgibson@simmonsperrine.com
sholtman@simmonsperrine.com
mroberts@simmonsperrine.com
**and**
Richard P. Sybert
GORDON AND REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
E-mail: rsybert@gordonrees.com
**and**

Justin H. Aida
GORDON AND REES LLP
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone: (949) 255-9650
Facsimile: (949) 474-2060
E-mail: jaida@gordonrees.com
**ATTORNEYS FOR DEFENDANT**
**RYDELL CHEVROLET, INC.**

/s/ Katie L. Graham
NYEMASTER GOODE P.C.