# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RYDELL CHEVROLET, INC.,<br><br>Defendant. | No. 15-cv-2041<br><br>ORDER REGARDING PURPORTED AMENDMENT TO SCHEDULING ORDER |

On October 21, 2015, the parties filed a Stipulation to Amend Scheduling Order to Extend Expert Disclosure Deadlines (docket number 67). The parties agree to extend the deadlines for disclosing expert witnesses. The parties lack the authority to modify a court order. "A schedule may be modified only for good cause **and with the judge's consent**." Fed. R. Civ. P. 16(b)(4) (emphasis added). See also Local Rule 16.f ("The deadlines established by the Rule 16(b) and 26(f) scheduling order and discovery plan will be extended **only upon written motion** and a showing of good cause.") The parties stipulation purporting to amend the Court's order has no effect.

## ORDER

**IT IS THEREFORE ORDERED** that to the extent the parties stipulation (docket number 67) is intended to modify or amend the Court's scheduling order, it is without any legal effect.

DATED this 22nd day of October, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE