# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., a California corporation, and HYUNDAI MOTOR COMPANY, a Korean corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RYDELL CHEVROLET, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 6:15-cv-02041 EJM (JSS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(a)(2), the parties, by and through their respective attorneys of record, hereby stipulate to and voluntarily agree that this Action, including all claims asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 9, 2015    By: /s/ Kenneth E. Keller

KENNETH E. KELLER
*Pro Hac Vice*
KELLER, SLOAN, ROMAN, & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333
Email: kkeller@ksrh.com


By: /s/ Katie L. Graham
RICHARD J. SAPP
KATIE L. GRAHAM
NYEMASTER GOODE, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3144
Facsimile: (515) 283-3108
Email: rjs@nyemaster.com
Email: kgraham@nyemaster.com


By: /s/ Jason R. Erb
JASON R. ERB
*Pro Hac Vice*
HYUNDAI MOTOR AMERICA
10550 Talbert Avenue
Fountain Valley, CA 92708
Telephone: (714) 965-3393
Facsimile: (714) 965-3815
E-mail: jasonerb@hmausa.com

**Attorneys for Plaintiffs**
**HYUNDAI MOTOR AMERICA, INC. and**
**HYUNDAI MOTOR COMPANY**

| | |
|---|---|
| Dated: November 9, 2015 | By: /s/ Richard P. Sybert |
| | RICHARD P. SYBERT |
| | JUSTIN H. AIDA |
| | *Pro Hac Vice* |
| | GORDON & REES LLP |
| | 101 West Broadway, Suite 1600 |
| | San Diego, CA 92101 |
| | Telephone: (619) 696-7000 |
| | Facsimile: (619) 696-7124 |
| | Email: rsybert@gordonrees.com |
| | Email: jaida@gordonrees.com |
| | |
| | By: /s/ Dawn M. Gibson |
| | STEPHEN J. HOLTMAN |
| | MARK A. ROBERTS |
| | DAWN M. GIBSON |
| | SIMMONS PERRINE MOYER BERGMAN PLC |
| | 115 Third Street SE, Suite 1200 |
| | Cedar Rapids, IA 52401 |
| | Telephone: (319) 366-7641 |
| | Facsimile: (319) 366-1917 |
| | Email: sholtman@simmonsperrine.com |
| | Email: mroberts@simmonsperrine.com |
| | Email: dgibson@simmonsperrine.com |
| | |
| | **Attorneys for Defendant** |
| | **RYDELL CHEVROLET, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all attorneys and parties of record.


/s/ Katie L. Graham